**FILED**

**JUN 07 2023**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | **3:23 CR 298** |
| | ) | **JUDGE HELMICK** |
| v. | ) CASE NO. | **MAG JUDGE CLAY** |
| | ) | Title 18, United States Code, |
| BRIAN STEWART, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.　　On or about April 8, 2023, in the Northern District of Ohio, Western Division, Defendant BRIAN STEWART, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempt to Commit Gross Sexual Imposition, on or about February 19, 2004, in case number CR 03-2341, Lucas County Common Pleas Court, Domestic Violence on or about October 21, 2009, in case number CR 09-2844, Lucas County Common Pleas Court, and Domestic Violence on or about November 9, 2009, in case number CR 09-2358, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus PT111 Millennium G2, 9MM caliber semi-automatic pistol, bearing serial number TJS23035, and said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ORIGINAL

## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant BRIAN STEWART shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

                                         A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.